UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 06-21671-CIV-KING
MAGISTRATE JUDGE PATRICK A. WHITE

TYRONE B. HILL,
    Plaintiff,
v.

R.L. STIFF, V. PRICE,
M. HICKS, EDWIN LOPEZ,

    Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the October 13, 2006 Preliminary Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White recommending that the claim of denial of medical care against Defendant Edwin Lopez be dismissed pursuant to 28 U.S.C. §1915 (e) (2) (B) (ii), for failure to state a claim upon which relief may be granted, and that the case remain pending against Defendants Price, Hicks, and Stiff.  No party has filed objections, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations.  Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A. White's October 13, 2006 Preliminary R&R (DE # **11**) be, and the same is hereby, **AFFIRMED** and **ADOPTED**.  It is further ORDERED, ADJUDGED, and DECREED that Defendant Lopez be **DISMISSED**.  It is further ORDERED,

ADJUDGED, and DECREED that the case shall remain pending against the Defendants Price, Hicks, and Stiff.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of November, 2006.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     Magistrate Judge Patrick A. White

*Plaintiff*
Tyrone B. Hill, Pro se
No. 71015-004
Federal Correction Institution
P.O. Box 9000
Forrest City, AR 72336